■ JOSEPH SARAGO, Appellant, v DENNIS KAHN, ESQ., et al., Respondents. [845 NYS2d 210]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered July 19, 2006 in an action for legal malpractice. The order granted defendants' motions to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.

■ HOWARD URBAN, Appellant, v B.R. GUEST, INC., Also Known as B.R. GUEST, LTD., et al., Respondents. (Appeal No. 1.) [844 NYS2d 739]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 13, 2006. The order, after a nonjury trial, granted a money judgment in favor of plaintiff and against defendants.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.